FILED
CLERK, U.S. DISTRICT COURT

JUN 13 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHERODE GOODLOW, | No. CV 18-10416-CJC (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| K. CLARK, et al., | |
| Defendants. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute and to follow court orders.

DATED: June 13, 2019

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE